IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CLYDE BENNETT, JR. and WILBUR CHARLES BENNETT | § § § § | |
| Plaintiffs, | § | |
| vs. | § § | CIVIL ACTION NO. 2:18-CV-00048 JURY |
| T-N-T TRUCKING OF PIONEER LOUISIANA, LLC, RONALD DYES, II, STEVEN G. MCCARTER and WALTER E. PEARCE | § § § § | |
| Defendants. | | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs, Clyde Bennett, Jr. and Wilbur Charles Bennett ("Plaintiffs") and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), notify the Court of the parties' stipulation of dismissal of the instant action against Defendants T-N-T Trucking of Pioneer Louisiana, LLC, Ronald Dyes, II, Steven G. McCarter and Walter E. Pearce. In support, Plaintiffs respectfully show the Court the following:

Federal Rule of Civil Procedure 41 provides, in relevant part, as follows:

FRCP 41. DISMISSAL OF ACTIONS

(a) Voluntary Dismissal.

   (1) By the Plaintiff.

      (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

      (ii) a stipulation of dismissal signed by all parties who have appeared.

    (B) Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

FED. R. CIV. P. 41. As indicated by the signatures below, all parties who have made an appearance herein have stipulated to Plaintiffs' voluntary dismissal of this action without prejudice to refiling of same.

                Respectfully submitted,

                GOUDARZI & YOUNG, L.L.P.
                P.O. Drawer 910
                Gilmer, Texas 75644
                Telephone: (903) 843-2544
                Facsimile: (903) 843-2026
                goudarziyoung@goudarzi-young.com

                By: */s/ Brent Goudarzi*
                  Brent Goudarzi
                  Texas Bar No. 00798218
                  Marty Young
                  Texas Bar No. 24010502

                ATTORNEYS FOR PLAINTIFFS

**AGREED AS TO FORM AND SUBSTANCE:**


*/s/ Jessica L. Craft*
William R. Moye
Jessica L. Craft
*Attorney for Defendants T-N-T Trucking of Pioneer Louisiana, LLC and Ronald Dyes, II*


*/s/ W. Todd Parker*
W. Todd Parker
*Attorney for Defendant Steven G. McCarter*


*/s/ Shawn M. Stewart*
Shawn M. Stewart
*Attorney for Defendant Walter E. Pearce*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was forwarded to the following counsel of record by the method indicated below this 30th day of July, 2018:

William R. Moye
Jessica L. Craft
Thompson, Coe, Cousins & Irons, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
*Electronic Transmission*

Shawn M. Stewart
Natalie R. Stevens
Payne & Blanchard, L.L.P.
717 N. Harwood Street, Suite 3350
Dallas, Texas 75201
*Electronic Transmission*

W. Todd Parker
The Parker Firm, P.C.
115 W. 5th Street
Tyler, Texas 75701
*Electronic Transmission*

/s/ *Brent Goudarzi*
Brent Goudarzi