# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CLYDE BENNETT, WILBURN CHARLES BENNETT, § § § § *Plaintiffs*, § § v. § § T-N-T TRUCKING OF PIONEER LOUISIANA, LLC, RONALD DYES, II, STEVEN G. MCCARTER, WALTER E. PEARCE, § § § § § § *Defendants*. § | CIVIL ACTION NO. 2:18-CV-00048-JRG |

## ORDER

Before the Court is the Stipulation of Dismissal filed by the Plaintiffs. (Dkt. No. 41.) In light of such Stipulation, it is hereby **ORDERED** that the above referenced action between Plaintiffs and Defendants is hereby **DISMISSED WITHOUT PREJUDICE** and with each party bearing, and waiving any entitlement to, its own costs, attorney fees, and expenses

**So Ordered this**
Aug 1, 2018

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE